MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN (State Bar No. 189268)
T. KENNEDY HELM (State Bar No. 282319)
MAYA SORENSEN (State Bar No. 250722)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, California 94612
Telephone:  (510) 452-5500
Facsimile:  (510) 452-5510

Attorneys for Plaintiff
T.D.P.

DAN SIEGEL (State Bar No. 56400)
EMILYROSE JOHNS (State Bar No. 294319)
SIEGEL & YEE & BRUNNER
475 Fourteenth Street, Suite 500
Oakland, California 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698

Attorneys for Plaintiffs
RICHARD PERKINS, III
and ADA PERKINS-HENDERSON

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.D.P., a minor through her mother and Next Friend, Andrea Dupree, individually and as successor in interest for RICHARD HESTER PERKINS JR., Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF OAKLAND, a public entity, CITY OF OAKLAND POLICE CHIEF SEAN WHENT in his individual and official capacities, SERGEANT JOSEPH TURNER, OFFICERS JONATHAN CAIRO, JOSHUA BARNARD, ALLAHNO HUGHES, and DOES 1-10, Jointly and Severally, | No: 3:16-cv-04132-LB<br><br>**UPDATED JOINT CASE MANAGEMENT STATEMENT**<br><br>**Date**:  October 12, 2017<br>**Time**:  11 a.m.<br>**Place**:  Courtroom C - 15th Floor, 450 Golden Gate Ave., San Francisco, CA 94102<br><br>**Judge**: Laurel Beeler<br><br>**Case Filed**: August 1, 2016<br>**Trial Date**: April 2, 2018 |

No. 3:16-cv-04132 and 3:16-cv-04324-LB: UPDATED JOINT CASE MANAGEMENT STATEMENT

| | |
|---|---|
| Defendants. ) ) | |

| | |
|---|---|
| RICHARD PERKINS, III, son of RICHARD PERKINS, JR., deceased, and ADA PERKINS-HENDERSON, <br><br>  Plaintiff, <br>vs. <br><br>CITY OF OAKLAND; JOSEPH TURNER, individually and in his official capacity as a sergeant for the police department of the City of Oakland; JONATHAN CAIRO, individually and in his official capacity as an officer for the police department of the City of Oakland; JOSHUA BARNARD, individually and in his official capacity an officer for the police department of the City of Oakland; and ALLAHNO HUGHES, individually and in his official capacity as an officer for the police department of the City of Oakland, <br><br>  Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No: 3:16-cv-04324-LB <br><br>**UPDATED JOINT CASE MANAGEMENT STATEMENT** |

1. **Joint Statement on Case Progress and Developments**

Since the last case management conference ("CMC"), the parties have resolved, with the help of the Court, the discovery disputes pending at that time. (Doc. 62.) On July 27, 2017, this case was referred for settlement conference to Magistrate Judge Joseph C. Spero. On September 18, 2017, the parties participated in a settlement conference with Judge Spero, but the case did not resolve. Although the Parties had been scheduled for a further settlement conference on October 10, 2017, that date did not allow sufficient time for Defendants to discuss this matter with the Oakland City Council, and, therefore, the Parties requested a continuance of the conference, which Judge Spero moved to October 26, 2017. (Dkt. 75.) Due to the change in the settlement conference date to October 26, the Parties intend to file a stipulation and proposed order to continue the upcoming CMC to November 9, 2017, so that it will fall after the settlement conference date. It is the understanding of the Parties that the Court is available for a CMC on this date.

Defendants deposed: (i) Andrea Dupree, Plaintiff's T.D.P.'s ("T.D.P.") mother, on July 14, 2017; Ada Perkins-Henderson, Richard H. Perkins, Jr.'s ("Mr. Perkins") mother, on July 24, 2017; (iii) Plaintiff Richard Perkins, III ("Richard, III") on September 7, 2017; and (iv) T.D.P. on September 16, 2017.

The depositions of the four Defendant officers took place on September 8 and 16, 2017. The parties also deposed six of the nine police officers who were present during the shooting and observed pertinent events on September 27, and 29, 2017.

The parties have also scheduled the depositions of Police Chief Sean Whent. Parties are still working out dates to depose the person most knowledgeable about certain topics pursuant to Federal Rule of Civil Procedure 30(b)(6).

2. **Outstanding Issues**

The parties are currently working on a joint letter regarding discovery of a matter involving Defendant Turner. Defendants have requested that this joint letter be filed under seal and Plaintiffs have agreed. Because the underlying facts of this matter are sensitive and because parties have agreed to keep this matter confidential for the time being, parties will not go into the facts about this

No. 3:16-cv-04132 and 3:16-cv-04324-LB: UPDATED JOINT CASE MANAGEMENT STATEMENT                                1

discovery dispute in this joint CMC statement.  Parties have met and conferred in person with lead counsel present from all sides and will require court intervention.

    The Parties continue to meet and confer over specific discovery issues, and will seek the Court's intervention only if necessary.

**3.**    **ADR**

    As stated above, all parties held a settlement conference before Magistrate Judge Joseph Spero and will have a further settlement conference that is currently schedule for October 26, 2017

DATED: October 5, 2017        HADDAD & SHERWIN, LLP.

                                        /s/ *Maya Sorensen*
                                        Maya Sorensen
                                        Attorneys for Plaintiff
                                        T.D.P.

DATED: October 5, 2017        Siegel & Yee

                                        /s/ *EmilyRose Johns*
                                        EmilyRose Johns
                                        Attorneys for Plaintiffs
                                        Perkins and Henderson

DATED: October 5, 2017        Meyers & Nave

                                        /s/ *Blake Loebs*
                                        Blake Loebs
                                        Attorneys for City of Oakland, et al.

DATED: October 5, 2017        Bassi, Edlin, Huie, & Blum

                                        /s/ *Noel Edlin*
                                        Noel Edlin
                                        Attorneys for Officer Turner