MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN (State Bar No. 189268)
MAYA SORENSEN (State Bar No. 250722)
TERESA ALLEN (State Bar No. 264865)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, California 94612
Telephone: (510) 452-5500
Facsimile:   (510) 452-5510

Attorneys for Plaintiff
T.D.P.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.D.P., a minor through her mother and Next Friend, Andrea Dupree, individually and as successor in interest for RICHARD HESTER PERKINS JR., Deceased,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>CITY OF OAKLAND, a public entity, CITY OF OAKLAND POLICE CHIEF SEAN WHENT in his individual and official capacities, SERGEANT JOSEPH TURNER, OFFICERS JONATHAN CAIRO, JOSHUA BARNARD, ALLAHNO HUGHES, and  DOES 1-10, Jointly and Severally,<br><br>　　　　　　Defendants. | No: 3:16-cv-04132-LB<br><br>**NOTICE OF UNAVAILABILITY OF PLAINTIFF'S COUNSEL** |

No. 3:16-cv-04132-LB: NOTICE OF UNAVAILABILITY OF PLAINTIFF'S COUNSEL

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

PLEASE TAKE NOTICE that Plaintiff's counsel, Michael J. Haddad and Julia Sherwin of Haddad & Sherwin LLP, will be out of state and unavailable for any purpose from September 13, 2018, through and including September 21, 2018. *See,* Tenderloin Housing Clinic v. Sparks, 8 Cal. App.4th 299 (1992).

DATED: August 21, 2018                                              HADDAD & SHERWIN LLP


                                                                               */s/ Julia Sherwin*
                                                                               JULIA SHERWIN
                                                                               Attorneys for Plaintiff

No. 3:16-cv-04132-LB: NOTICE OF UNAVAILABILITY OF PLAINTIFF'S COUNSEL